| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Carrie Ann Lively |
| Debtor 2 | Andrew Daniel Lively |
| United States Bankruptcy Court for the: | Eastern DISTRICT OF Arkansas |
| Case Number | 17-10796 |

## Official Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known):  3

**Last 4 digits** of any number you use to identify the debtor's account:  4567

**Property address:**  331 HWY 287

GREENBRIER, AR 72058

## Part 2:  Prepetition Default Payments

*Check one*

[ ]  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[X]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining as of the date of this response is: $ 757.40*        *Trustee Check issued 3/2/2021 #789699 not received

## Part 3:  Postpetition Mortgage Payments

*Check one:*

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____

MM / DD / YYYY

[X]  Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due | (a) | $1,372.71 |
| b. Total fees, charges, expenses, escrow, and costs outstanding. | (b) | $ |
| c. **Total.** Add lines | (c) | $1,372.71 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became  03/01/2022

due on:     MM / DD / YYYY

Debtor: Carrie Ann Lively fka Carrie Ann Flowers          Case Number (if known) __17-10796__

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;

- all fees , costs, escrow, and expenses assessed to the mortgage; and

- all amounts the creditor contends remain unpaid.

| **Part 5** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/  Sammy Hooda                                      Date  4/27/2022

Print:  Sammy Hooda

    First Name       Middle Name      Last Name          Title  Attorney for the Creditor

Company  Marinosci Law Group, P.C.

Address  415 North McKinley Suite 360

    Number        Street

  Little Rock  Arkansas 72205

  City             State     ZIP Code

Contact phone  501-663-6200                              Email  BKinquiries@mlg-defaultlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on April 27, 2022.

Andrew Daniel Lively
331 HIGHWAY 287
Greenbrier, AR 72058

Carrie Ann Lively
331 HWY 287
Greenbrier, AR 72058

Marinosci Law Group, P.C.
/s/    *Sammy Hooda*
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR



**PAYMENT CHANGES**

| | DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|---|
| | 06/01/16 | 541.77 | 203.81 | 745.58 | Payment listed in POC |
| post pet pmt | 03/01/17 | 541.77 | 218.00 | 759.77 | Payment listed in POC |
| post pet pmt | 02/01/18 | 541.77 | 338.46 | 880.23 | NOPC filed with the court |
| post pet pmt | 02/01/19 | 541.77 | 385.89 | 927.66 | NOPC filed with the court |
| post pet pmt | 02/01/20 | 541.77 | 293.47 | 835.24 | NOPC filed with the court |
| post pet pmt | 02/01/21 | 541.77 | 394.35 | 936.12 | NOPC filed with the court |
| post pet pmt | 05/01/22 | 541.77 | 355.56 | 897.33 | NOPC filed with the court |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | LIVELY |
| Date Filed: | 02/12/17 |
| BK Case # | 17-10796 |
| First Post Petition Due Date: | 03/01/17 |
| POC covers: | 6/1/16 - 2/1/17 |
| prepet total | $   6,930.66 |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | DC Arrears Cred | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | |
| 06/12/17 | $1,453.82 | Post | 3/1/17 | 6/1/16 | $759.77 | $694.05 | $694.05 | | $694.05 | | | | $0.00 | $0.00 | |
| 07/12/17 | $759.77 | Post | 4/1/17 | 7/1/16 | $759.77 | $0.00 | | | $694.05 | | | | $0.00 | $0.00 | |
| 07/12/17 | $236.26 | Post | 5/1/17 | 8/1/16 | $759.77 | -$523.51 | | $523.51 | $170.54 | | | | $0.00 | $0.00 | |
| 09/13/17 | $1,232.29 | Post | 6/1/17 | 9/1/16 | $759.77 | $472.52 | $472.52 | | $643.06 | | | | $0.00 | $0.00 | |
| 09/13/17 | $759.77 | Post | 7/1/17 | 10/1/16 | $759.77 | $0.00 | | | $643.06 | | | | $0.00 | $0.00 | |
| 11/08/17 | $464.49 | Post | 8/1/17 | 11/1/16 | $759.77 | -$295.28 | | $295.28 | $347.78 | | | | $0.00 | $0.00 | |
| 11/08/17 | $759.77 | Post | 9/1/17 | 12/1/16 | $759.77 | $0.00 | | | $347.78 | | | | $0.00 | $0.00 | |
| 11/08/17 | $759.77 | Post | 10/1/17 | 1/1/17 | $759.77 | $0.00 | | | $347.78 | | | | $0.00 | $0.00 | |
| 01/10/18 | $988.00 | Post | 11/1/17 | 2/1/17 | $759.77 | $228.23 | $228.23 | | $576.01 | | | | $0.00 | $0.00 | |
| 02/15/18 | $759.77 | Post | 12/1/17 | 3/1/17 | $759.77 | $0.00 | | | $576.01 | | | | $0.00 | $0.00 | |
| 02/15/18 | $456.46 | Post | 1/1/18 | 4/1/17 | $759.77 | -$303.31 | | $303.31 | $272.70 | | | | $0.00 | $0.00 | |
| 02/15/18 | $759.77 | Post | 2/1/18 | 5/1/17 | $880.23 | -$120.46 | | $120.46 | $152.24 | | | | $0.00 | $0.00 | |
| 03/19/18 | $1,104.68 | Post | 3/1/18 | 6/1/17 | $880.23 | $224.45 | $224.45 | | $376.69 | | | | $0.00 | $0.00 | |
| 05/10/18 | $1,104.68 | Post | 4/1/18 | 7/1/17 | $880.23 | $224.45 | $224.45 | | $601.14 | | | | $0.00 | $0.00 | |
| 06/14/18 | $880.23 | Post | 5/1/18 | 8/1/17 | $880.23 | $0.00 | | | $601.14 | | | | $0.00 | $0.00 | |
| 06/14/18 | $1,038.86 | Pre | 6/1/18 | 9/1/17 | $880.23 | $158.63 | $158.63 | | $759.77 | | | | $0.00 | $0.00 | |
| 06/14/18 | | Pre | | | | $0.00 | | | $759.77 | | $165.77 | | $165.77 | $165.77 | |
| 08/10/18 | $880.23 | Post | 7/1/18 | 10/1/17 | $880.23 | $0.00 | | | $759.77 | | | | $165.77 | $165.77 | |
| 08/10/18 | $880.23 | Post | 8/1/18 | 11/1/17 | $880.23 | $0.00 | | | $759.77 | | | | $165.77 | $165.77 | |
| 08/10/18 | | Pre | | | | $0.00 | | | $759.77 | | $254.62 | | $420.39 | $420.39 | |
| 08/13/18 | | Post | | | | $0.00 | | | $759.77 | | | | $420.39 | $420.39 | |
| 09/12/18 | | Pre | | | | $0.00 | | | $759.77 | | $126.88 | | $547.27 | $547.27 | |
| 11/14/18 | $880.23 | Post | 9/1/18 | 1/1/18 | $880.23 | $0.00 | | | $759.77 | | | | $547.27 | $547.27 | |
| 11/14/18 | $880.23 | Post | 10/1/18 | 2/1/18 | $880.23 | $0.00 | | | $759.77 | | | | $547.27 | $547.27 | |
| 11/14/18 | $880.23 | Post | 11/1/18 | 3/1/18 | $880.23 | $0.00 | | | $759.77 | | | | $547.27 | $547.27 | |
| 11/14/18 | | Pre | | | | $0.00 | | | $759.77 | | $272.41 | | $819.68 | $819.68 | |
| 01/09/19 | $1,119.65 | Post | 12/1/18 | 4/1/18 | $880.23 | $239.42 | $239.42 | | $999.19 | | | | $819.68 | $819.68 | |
| 01/09/19 | | Post | 1/1/19 | | $880.23 | -$880.23 | | $880.23 | $118.96 | | | | $819.68 | $819.68 | |
| 02/14/19 | $1,568.47 | Post | 2/1/19 | 6/1/18 | $927.66 | $640.81 | $640.81 | | $759.77 | | | | $819.68 | $819.68 | |
| 02/14/19 | | Pre | Pre Petition PMT | 7/1/18 | | $0.00 | | | $759.77 | | $398.75 | | $1,218.43 | $1,218.43 | |
| 02/15/19 | | Pre | | | | $0.00 | | | $759.77 | | | | $1,218.43 | $1,218.43 | |
| 04/11/19 | $927.66 | Post | 3/1/19 | 8/1/18 | $927.66 | $0.00 | | | $759.77 | | | | $1,218.43 | $1,218.43 | |
| 05/07/19 | $927.66 | Post | 4/1/19 | 9/1/18 | $927.66 | $0.00 | | | $759.77 | | | | $1,218.43 | $1,218.43 | |
| 05/07/19 | $927.66 | Post | 5/1/19 | 10/1/18 | $927.66 | $0.00 | | | $759.77 | | | | $1,218.43 | $1,218.43 | |
| 05/07/19 | | Pre | | | | $0.00 | | | $759.77 | | $392.79 | | $1,611.22 | $1,611.22 | |
| 06/12/19 | $927.66 | Post | 6/1/19 | 11/1/18 | $927.66 | $0.00 | | | $759.77 | | | | $1,611.22 | $1,611.22 | |
| 06/12/19 | | Pre | | | | $0.00 | | | $759.77 | | $130.68 | | $1,741.90 | $1,741.90 | |
| 08/15/19 | $927.66 | Post | 7/1/19 | 12/1/18 | $927.66 | $0.00 | | | $759.77 | | | | $1,741.90 | $1,741.90 | |
| 08/15/19 | $927.66 | Post | 8/1/19 | 1/1/19 | $927.66 | $0.00 | | | $759.77 | | | | $1,741.90 | $1,741.90 | |
| 08/15/19 | | Pre | | | | $0.00 | | | $759.77 | | $260.48 | | $2,002.38 | $2,002.38 | |
| 08/16/19 | | Pre | Pre Petition PMT | 2/1/19 | | $0.00 | | | $759.77 | | | | $2,002.38 | $2,002.38 | |
| 10/09/19 | $927.66 | Post | 9/1/19 | 3/1/19 | $927.66 | $0.00 | | | $759.77 | | | | $2,002.38 | $2,002.38 | |
| 11/13/19 | $927.66 | Post | 10/1/19 | 4/1/19 | $927.66 | $0.00 | | | $759.77 | | | | $2,002.38 | $2,002.38 | |
| 11/13/19 | $927.66 | Post | 11/1/19 | 5/1/19 | $927.66 | $0.00 | | | $759.77 | | | | $2,002.38 | $2,002.38 | |
| 11/13/19 | | Pre | | | | $0.00 | | | $759.77 | | $389.02 | | $2,391.40 | $2,391.40 | |
| 12/11/19 | $927.66 | Post | 12/1/19 | 6/1/19 | $927.66 | $0.00 | | | $759.77 | | | | $2,391.40 | $2,391.40 | |
| 12/11/19 | | Pre | | | | $0.00 | | | $759.77 | | $126.11 | | $2,517.51 | $2,517.51 | |
| 12/12/19 | | | | | | $0.00 | | | $759.77 | | | | $2,517.51 | $2,517.51 | |
| 01/13/20 | -$260.24 | | | | | -$260.24 | | $260.24 | $499.53 | | $268.42 | | $2,785.93 | $2,785.93 | |
| 01/13/20 | | Pre | Pre Petition PMT | 7/1/19 | | $0.00 | | | $499.53 | | | | $2,785.93 | $2,785.93 | |
| 01/13/20 | $927.66 | Post | 1/1/20 | 8/1/19 | $927.66 | $0.00 | | | $499.53 | | | | $2,785.93 | $2,785.93 | |
| 03/11/20 | $835.24 | Post | 2/1/20 | 9/1/19 | $835.24 | $0.00 | | | $499.53 | | | | $2,785.93 | $2,785.93 | |
| 04/08/20 | $835.24 | Post | 3/1/20 | 10/1/19 | $835.24 | $0.00 | | | $499.53 | | | | $2,785.93 | $2,785.93 | |
| 05/12/20 | $835.24 | Post | 4/1/20 | 11/1/19 | $835.24 | $0.00 | | | $499.53 | | | | $2,785.93 | $2,785.93 | |

| Date | Amount | Type | Applied | Due | Amt1 | Amt2 | Amt3 | Escrow | Disb1 | Disb2 | Bal1 | Bal2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/20 | $835.24 | Post | 5/1/20 | 12/1/19 | $835.24 | $0.00 | | $499.53 | | | $2,785.93 | $2,785.93 | |
| 05/12/20 | | Pre | | | | $0.00 | | $499.53 | | $516.12 | $3,302.05 | $3,302.05 | |
| 06/12/20 | $835.24 | Post | 6/1/20 | 1/1/20 | $835.24 | $0.00 | | $499.53 | | | $3,302.05 | $3,302.05 | |
| 06/12/20 | | Pre | | | | $0.00 | | $499.53 | | $128.95 | $3,431.00 | $3,431.00 | |
| 08/14/20 | $835.24 | Post | 7/1/20 | 2/1/20 | $835.24 | $0.00 | | $499.53 | | | $3,431.00 | $3,431.00 | |
| 09/15/20 | $835.24 | Post | 8/1/20 | 3/1/20 | $835.24 | $0.00 | | $499.53 | | | $3,431.00 | $3,431.00 | |
| 10/16/20 | $835.24 | Post | 9/1/20 | 4/1/20 | $835.24 | $0.00 | | $499.53 | | | $3,431.00 | $3,431.00 | |
| 11/13/20 | $1,670.48 | Post | 10/1/20 | 5/1/20 | $835.24 | $835.24 | $835.24 | $1,334.77 | | | $3,431.00 | $3,431.00 | |
| 11/17/20 | | Post | 11/1/20 | 6/1/20 | $835.24 | -$835.24 | $835.24 | $499.53 | | | $3,431.00 | $3,431.00 | |
| 12/09/20 | | Pre | | | | $0.00 | | $499.53 | $135.61 | | $3,566.61 | $3,566.61 | |
| 12/09/20 | $835.24 | Post | 12/1/20 | 7/1/20 | $835.24 | $0.00 | | $499.53 | | | $3,566.61 | $3,566.61 | |
| 01/11/21 | | Reversal | | | | $0.00 | | $499.53 | | | $3,566.61 | $3,566.61 | |
| 01/12/21 | | Reversal | | | | $0.00 | | $499.53 | | | $3,566.61 | $3,566.61 | |
| 01/12/21 | | Reversal | | | | $0.00 | | $499.53 | | | $3,566.61 | $3,566.61 | |
| 01/13/21 | | Pre | | | | $0.00 | | $499.53 | $125.25 | | $3,691.86 | $3,691.86 | |
| 01/13/21 | $835.24 | Post | | | $835.24 | $835.24 | | $1,334.77 | | | $3,691.86 | $3,691.86 | |
| 01/13/21 | | Post | | | | $0.00 | | $1,334.77 | | | $3,691.86 | $3,691.86 | |
| 01/15/21 | | Post | | | | $0.00 | | $1,334.77 | | | $3,691.86 | $3,691.86 | |
| 01/19/21 | | Post | 1/1/21 | 8/1/20 | $835.24 | -$835.24 | $835.24 | $499.53 | | | $3,691.86 | $3,691.86 | |
| 01/20/21 | | Pre | Pre Petition PMT | 9/1/20 | | $0.00 | | $499.53 | | | $3,691.86 | $3,691.86 | |
| 02/01/21 | $936.12 | Post | 2/1/21 | 10/1/20 | $936.12 | $0.00 | | $499.53 | | | $3,691.86 | $3,691.86 | |
| 02/10/21 | | Pre | | | | $0.00 | | $499.53 | $70.47 | | $3,762.33 | $3,762.33 | |
| 04/13/21 | $936.12 | Post | 3/1/21 | | $936.12 | $0.00 | | $499.53 | | | $3,762.33 | $3,762.33 | |
| 04/13/21 | | Pre | | | | $0.00 | | $499.53 | $125.04 | | $3,887.37 | $3,887.37 | |
| | | Pre | | | | $0.00 | | $499.53 | | | $3,887.37 | $3,887.37 | missing tee ck 789699 issued 3/2/21 |
| 06/09/21 | $936.12 | post | 4/1/21 | | $936.12 | $0.00 | | $499.53 | | | $3,887.37 | $3,887.37 | |
| 07/13/21 | $936.12 | post | 5/1/21 | | $936.12 | $0.00 | | $499.53 | | | $3,887.37 | $3,887.37 | |
| 08/13/21 | $936.12 | post | 6/1/21 | | $936.12 | $0.00 | | $499.53 | | | $3,887.37 | $3,887.37 | |
| 09/14/21 | $1,872.24 | post | 7/1/21 | | $936.12 | $936.12 | $936.12 | $1,435.65 | | | $3,887.37 | $3,887.37 | |
| | | Post | 8/1/21 | | $936.12 | -$936.12 | $936.12 | $499.53 | | | $3,887.37 | $3,887.37 | |
| 09/14/21 | | pre | | | | $0.00 | | $499.53 | $672.35 | | $4,559.72 | $4,559.72 | |
| 11/15/21 | $1,872.24 | post | 9/21 - 10/21 | | $1,872.24 | $0.00 | | $499.53 | | | $4,559.72 | $4,559.72 | |
| | | pre | | | | $0.00 | | $499.53 | $277.23 | | $4,836.95 | $4,836.95 | |
| 12/13/21 | $936.12 | post | 11/1/21 | | $936.12 | $0.00 | | $499.53 | | | $4,836.95 | $4,836.95 | |
| | | Pre | | | | $0.00 | | $499.53 | $128.41 | | $4,965.36 | $4,965.36 | |
| 02/11/22 | $936.12 | post | 12/1/21 | | $936.12 | $0.00 | | $499.53 | | | $4,965.36 | $4,965.36 | |
| 03/14/22 | $936.12 | post | 1/1/22 | | $936.12 | $0.00 | | $499.53 | | | $4,965.36 | $4,965.36 | |
| 04/12/22 | $936.12 | post | 2/1/22 | | $936.12 | $0.00 | | $499.53 esc shortage | $1,207.90 | $1,147.84 | $5,025.42 | $6,173.26 | |
| | | | | | | $0.00 | | $499.53 late fees | $149.49 | $4,875.93 | $0.00 | $6,173.26 | |
| | | | | | | $0.00 | | $499.53 6/16 - 2/17 | | $4,875.93 | $0.00 | $6,173.26 | |
| | | | | | | $0.00 | | $499.53 | | | $0.00 | $6,173.26 | |
| Due | | Post | 3/1/22 | | $936.12 | -$936.12 | | $499.53 | | | $0.00 | $6,173.26 | |
| | | Post | 4/1/22 | | $936.12 | -$936.12 | | $499.53 | | | $0.00 | $6,173.26 | |
| | | Pre | | | $757.40 | -$757.40 | | $499.53 | | | $0.00 | $6,173.26 | |
| | | | | | | $0.00 | | $499.53 | | | $0.00 | $6,173.26 | |